# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Casper, Denise J. | U.S. District Court for District of MA | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 1/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Honorary Trustee | Big Sister Association of Greater Boston, Inc. |
| 2.   Director | The Steppingstone Foundation |
| 3.   Fund Advisor | Donor Advised Fund #1 |
| 4.   Director | Brookline High School Innovation Fund |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Casper, Denise J.** | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America Accounts | A | Interest | N | T | | | | | |
| 2. Ally Bank Accounts (cash accounts) | D | Interest | O | T | | | | | |
| 3. | | | | | | | | | |
| 4. Water Street Healthcare Partners, Limited Partnership | | None | J | W | | | | | |
| 5. Water Street Healthcare Partners II, Limited Partnership | E | Distribution | L | W | | | | | |
| 6. | | | | | | | | | |
| 7. TPG FOF VI - QP, Limited Partnership | D | Distribution | K | W | | | | | |
| 8. | | | | | | | | | |
| 9. Special Opportunities Fund III, Limited Partnership | B | Distribution | K | W | | | | | |
| 10. Special Opportunities Fund IV, Limited Partnership | C | Distribution | L | W | | | | | |
| 11. | | | | | | | | | |
| 12. Charlesbank Equity Coinvestment Fund VII, LP | A | Distribution | K | W | | | | | |
| 13. | | | | | | | | | |
| 14. Trust (H) | | | | | | | | | |
| 15. - Schwab Gov't Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 16. - iShares MSCI ACWI ETF IV (ACWI) | C | Dividend | N | T | Buy (add'l) | 09/30/20 | K | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  US Savings Bonds | A | Interest | K | W | | | | | |
| 19. | | | | | | | | | |
| 20.  IRA #1 (H) | | | | | | | | | |
| 21.  - Schwab Gov't Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 22.  - Doubleline Core Fixed Income Fund (DBLFX) | E | Dividend | O | T | Sold (part) | 03/24/20 | O | | |
| 23. | | | | | Buy (add'l) | 06/11/20 | O | | |
| 24. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 25.  - iShares MSCI ACWI ETF (ACWI) | | None | | | Buy | 03/25/20 | O | | |
| 26. | | | | | Sold | 06/10/20 | O | G | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29.  Charles Schwab Bank Account (cash) | A | Interest | O | T | | | | | |
| 30.  Schwab Premier Bank Account (cash) | B | Interest | M | T | | | | | |
| 31.  Charles Schwab Municipal Money (SWOXX) | E | Dividend | | | Sold (part) | 03/11/20 | P1 | | |
| 32. | | | | | Sold (part) | 03/16/20 | P2 | | |
| 33. | | | | | Sold | 03/17/20 | J | | |
| 34.  Schwab U.S. Treasury Money Fund (SNSXX) | B | Dividend | | | Buy | 03/16/20 | P2 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B  Income during reporting period | | C  Gross value at end of reporting period | | D  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 11/17/20 | P2 | | |
| 36.  Schwab S&P 500 Index Fund (SWPPX) | E | Dividend | P1 | T | Buy | 03/17/20 | O | | |
| 37. | | | | | Buy (add'l) | 03/23/20 | M | | |
| 38. | | | | | Buy (add'l) | 06/24/20 | O | | |
| 39.  iShares MSCI ACWI ETF IV (ACWI) | E | Dividend | P1 | T | Buy (add'l) | 03/25/20 | O | | |
| 40. | | | | | Sold (part) | 06/10/20 | P1 | G | |
| 41. | | | | | Buy (add'l) | 06/26/20 | M | | |
| 42. | | | | | Buy (add'l) | 09/14/20 | K | | |
| 43.  AMG GW&K Municipal Bond Fund Inst (GWMIX) | G | Dividend | P2 | T | Buy (add'l) | 06/29/20 | M | | |
| 44. | | | | | Buy (add'l) | 09/11/20 | O | | |
| 45. | | | | | Buy (add'l) | 11/17/20 | O | | |
| 46.  Doubleline Core Fixed Income Fund (DBLFX) | G | Dividend | P1 | T | Sold (part) | 03/24/20 | O | | |
| 47. | | | | | Buy (add'l) | 06/11/20 | P1 | | |
| 48. | | | | | Buy (add'l) | 09/11/20 | N | | |
| 49. | | | | | Buy (add'l) | 11/17/20 | N | | |
| 50.  Adara Smaller Companies f/k/a Altair Smaller Companies Fd It (ASCSZ) | E | Dividend | P1 | T | Buy (add'l) | 06/26/20 | K | | |
| 51.  Aquarius International (ASBSZ) | F | Dividend | P2 | T | Buy (add'l) | 03/12/20 | P1 | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/26/20 | M | | |
| 53. | | | | | Buy<br>(add'l) | 09/11/20 | M | | |
| 54. | | | | | Buy<br>(add'l) | 11/17/20 | M | | |
| 55. Boston Partners Long/Short Research Fund (BPIRX) | | None | | | Sold<br>(part) | 03/17/20 | P1 | | |
| 56. | | | | | Sold | 03/19/20 | N | | |
| 57. FPA Crescent Fund Inst (FPACX) | G | Dividend | P1 | T | Buy<br>(add'l) | 06/26/20 | M | | |
| 58. Principal Diversified (PDRDX) | | None | | | Sold<br>(part) | 03/17/20 | O | | |
| 59. | | | | | Sold | 03/20/20 | M | | |
| 60. Schwab International Index Fund (SWISX) | | None | | | Sold | 03/11/20 | P1 | | |
| 61. Touchstone Sands Capital Instl Growth Fund (CISGX) | G | Dividend | P1 | T | | | | | |
| 62. Vanguard Global Ex-US Real Estate Index Admiral (VGRLX) | | None | | | Buy<br>(add'l) | 06/26/20 | N | | |
| 63. | | | | | Sold | 11/17/20 | P1 | | |
| 64. Vanguard REIT Index Admiral Share (VGSLX) | E | Dividend | | | Buy<br>(add'l) | 06/26/20 | N | | |
| 65. | | | | | Sold | 11/17/20 | P1 | F | |
| 66. iShares Russell 1000 Value (IWD) | F | Dividend | P1 | T | Buy<br>(add'l) | 03/12/20 | M | | |
| 67. | | | | | Buy<br>(add'l) | 06/26/20 | M | | |
| 68. | | | | | Buy<br>(add'l) | 09/14/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity Advisor Intl Real Estate Fund Ins (FIRIX) | D | Dividend | P1 | T | Buy | 11/18/20 | P1 | | |
| 70. iShares Russell 2000 Value ETF (IWM) | D | Dividend | P1 | T | Buy | 03/12/20 | O | | |
| 71. | | | | | Buy (add'l) | 09/14/20 | L | | |
| 72. Matisse Discounted Closed-End Fd Strategy Ins (MDCEX) | G | Dividend | P1 | T | Buy | 03/17/20 | P1 | | |
| 73. | | | | | Buy (add'l) | 03/20/20 | N | | |
| 74. | | | | | Buy (add'l) | 06/26/20 | M | | |
| 75. | | | | | Buy (add'l) | 09/11/20 | M | | |
| 76. | | | | | Buy (add'l) | 11/17/20 | M | | |
| 77. Northern Emerging Markets Equity Index (NOEMX), Northern Trust | | None | | | Buy | 03/11/20 | O | | |
| 78. | | | | | Sold | 06/23/20 | O | F | |
| 79. Vanguard Short-Term Federal Fund (VSGDX) | D | Dividend | P1 | T | Buy | 11/18/20 | P1 | | |
| 80. | | | | | Buy (add'l) | 12/31/20 | O | | |
| 81. TIAA-CREF Real Estate Securities Fund (TIREX) | D | Dividend | P1 | T | Buy | 11/17/20 | P1 | | |
| 82. Thermo Fisher Scientific Common Stock (TMO). See notes. | A | Dividend | | | Sold (part) | 01/15/20 | P1 | | |
| 83. | | | | | Donated (part) | | | | |
| 84. | | | | | Donated (part) | | | | |
| 85. | | | | | Donated | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Casper, Denise J. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | | |
| 87. | Thermo Fisher Scientific Stock Options. See notes. | | None | | | Sold | 01/15/20 | P1 | H1 | |
| 88. | | | | | | | | | | |
| 89. | | | | | | | | | | |
| 90. | IRA #2 (H) | | | | | | | | | |
| 91. | - Charles Schwab bank account | | | J | T | Open | 12/21/20 | | | |
| 92. | - Schwab S&P 500 Index (SWPPX) | C | Dividend | M | T | Buy | 03/17/20 | L | | |
| 93. | | | | | | Buy<br>(add'l) | 03/23/20 | K | | |
| 94. | - Principal Diversified (PDRDX) | | None | | | Sold<br>(part) | 03/17/20 | L | | |
| 95. | | | | | | Sold | 03/20/20 | K | | |
| 96. | | | | | | | | | | |
| 97. | Adams National Resources Fund I (PEO) | A | Dividend | J | T | Buy | 02/18/20 | K | | |
| 98. | Newmont Mng Corp. Holding Co. (NEM) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Casper, Denise J.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Lines 82, 87
Thermo Fisher Scientific Stock Option transaction listed in line 87 is exercise of stock options.
Thermo Fisher Scientific Common Stock (TMO) received upon exercise was sold and is included in line 82.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise J. Casper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544